## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MATTHEW PERRY, and on behalf of
others similarly situated,

Plaintiff,

v.

WEST CAPITAL LENDING

Defendant.

Case No.:      4:26-cv-00094-KGB

**PLAINTIFF'S MOTION TO
ADMIT COUNSEL
PRO HAC VICE**

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Plaintiff Matthew Perry ("Plaintiff") for his motion to admit counsel *pro hac vice*

states:

1.      Anthony Paronich is the principal of Paronich Law, P.C. 350 Lincoln Street, Suite

2400 in Hingham, MA 02043.

2.      Mr. Paronich is a member in good standing of the state bar of Massachusetts and

the United States District Court for the District of Massachusetts, Western District of Wisconsin,

Eastern District of Michigan, Northern District of Illinois, and Central District of Illinois.

3.      Mr. Paronich states that he will comply with the Local Rules for the United States

District Court for the Eastern District of Arkansas, and all procedural requirements of this Court.

4.      Mr. Paronich requests admittance to appear *pro hac vice* for the Plaintiffs,

Matthew Perry and others similarly situated.

5.      In accordance with Local Rule 83.5(d), Mr. Paronich designates Jason Ryburn of

the Ryburn Law Firm, PLLC, a member in good standing of the Arkansas Bar, and this Court, as

his local counsel. Jason Ryburn's Arkansas Bar Number is #2012148.

WHEREFORE, the Plaintiff requests that this motion be GRANTED.


Dated:  February 3, 2026.


/s/ Jason M. Ryburn                    ,
Jason Ryburn ARBIN# 2012148
Ryburn Law Firm, PLLC
650 S. Shackleford Rd., Ste. 231
Little Rock, AR 72211
[o] (501) 228-8100
[f] (501) 228-7300
jason@ryburnlawfirm.com


/s/ Anthony I. Paronich,
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043.
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com


*Counsel for Plaintiff*