IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATTHEW PERRY,**
**Individually and on behalf**
**of others similarly situated**                                                        **PLAINTIFF**

v.                    **Case No. 4:26-cv-00094-KGB**

**WEST CAPITAL LENDING, INC.**                                                 **DEFENDANT**

## ORDER

Before the Court is the motion to admit counsel *pro hac vice* of Anthony Paronich of Paronich Law, P.C., as counsel of record for plaintiff Matthew Perry (Dkt. No. 2). The Court grants the motion to admit Paronich *pro hac vice* pursuant to Local Rule 83.5(d). He shall appear as counsel of record for Perry.

So ordered this 9th day of February, 2026.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge