UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| **MATTHEW PERRY, individually and on behalf of other similarly situated.** )<br>)<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**WEST CAPITAL LENDING, INC.** )<br>)<br>*Defendant* | Civil Action No. 4.26-cv-94-KGB |

**AFFIDAVIT OF SERVICE**

I, Evelyn Martinez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to WEST CAPITAL LENDING, INC. in Orange County, CA on February 20, 2026 at 4:37 pm at 17911 Von Karman Ave, Ste 400, Irvine, CA 92614-6261 by leaving the following documents with Lindsey Strato who as Vice President is authorized by appointment or by law to receive service of process for WEST CAPITAL LENDING, INC..

SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT FOR DAMAGES, STATUTORY DAMAGES, AND REQUEST FOR INJUNCTIVE RELIEF, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

Additional Description:
Spoke with employees and they stated Lindsey would be the contact and Lindsey came to meet with me and accepted the documents.
Race: Unknown, Sex: Female, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=33.683007104,-117.8506266976
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Orange County                  ,

    CA     on    2/21/2026         .

/s/ *Evelyn Martinez*

Signature
Evelyn Martinez
+1 (714) 469-3911

