IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATTHEW PERRY, individually and on behalf of other similarly situated**   **PLAINTIFFS**

**VS.**   **CASE NO.: 4:26-CV-00094-KGB**

**WEST CAPITAL LENDING, INC.**   **DEFENDANT**

## ENTRY OF APPEARANCE

Antwan D. Phillips of Wright, Lindsey & Jennings LLP, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas 72201-3699, telephone 501-371-0808, hereby enters his appearance in this matter as counsel for defendant West Capital Lending, Inc.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> PH:   (501) 371-0808
> FAX:  (501) 376-9442
> E-MAIL: aphillips@wlj.com
>
> By */s/ Antwan D. Phillips*
>    Antwan D. Phillips (2010027)
>    *Attorneys for Defendant*