# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| MATTHEW PERRY, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST CAPITAL LENDING, INC.,<br><br>Defendant. | Case No. 4:26-cv-00094-KGB |

## JOINT STIPULATION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT FOR DAMAGES, STATUTORY DAMAGES, AND REQUEST FOR INJUNCTIVE RELIEF

Defendant West Capital Lending, Inc. ("Defendant") and Plaintiff Matthew Perry ("Plaintiff"), by and through their undersigned counsel, respectfully and jointly stipulate to an extension of time for Defendant to move, answer, or otherwise respond to Plaintiff's Class Action Complaint for Damages, Statutory Damages, and Request for Injunctive Relief ("Complaint") (Dkt. 1) up to and including April 17, 2026. The parties further stipulate:

1. Defendant's current deadline to respond to the Complaint is March 13, 2026.

2. Good cause exists for this request. Defendant has reviewed the Complaint, and the extension will allow additional time for investigation of Plaintiff's allegations amidst other case obligations, and for formulation of arguments relative to Defendant's response to the Complaint.

3. Defendant therefore seeks an extension up to and including April 17, 2026 to respond to the complaint.

4. This is Defendant's first request for an extension of time to respond to the Complaint and the requested extension does not affect any other scheduled appearance or deadline.

3586363-v1

2

5. Defendant contacted Plaintiff regarding this extension. Plaintiff does not oppose and consents to the requested extension.

6. The requested extensions will not impact any other scheduled Court appearance or deadline.

Dated: March 13, 2026

| | |
|---|---|
| */s/ Jason Ryburn* <br> Jason Ryburn (AR BIN #2012148) <br> RYBURN LAW FIRM <br> 650 S. Shackleford Road, Suite 231 <br> Little Rock, AR 72211 <br> [o] (501) 228-8100 <br> [f] (501) 228-7300 <br> jason@ryburnlawfirm.com | /s/ Antwan Phillips <br> Antwan Phillips (2010027) <br> WRIGHT, LINDSEY & JENNINGS LLP <br> 200 West Capitol Avenue, Suite 2300 <br> Little Rock, AR 72201 <br> Tel: (501) 371-0808 <br> Fax: (501) 376-9442 <br> aphillips@wlj.com |
| Anthony I. Paronich (*Pro Hac Vice*) <br> PARONICH LAW, P.C. <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> [o] (617) 485-0018 <br> [f] (508) 318-8100 <br> anthony@paronichlaw.com | V. Amanda Witts (*Pro Hac Vice* forthcoming) <br> Nonny O. George (*Pro Hac Vice* forthcoming) <br> MITCHELL SANDLER PLLC <br> 2020 K Street NW, Suite 760 <br> Washington, D.C. 20006 <br> Tel: (202) 886-5260 <br> v.awitts@mitchellsandler.com <br> ngeorge@mitchellsandler.com |

3586363-v1