IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATTHEW PERRY,**
**Individually and on behalf**
**of others similarly situated**                                                 **PLAINTIFF**

v.                        **Case No. 4:26-cv-00094-KGB**

**WEST CAPITAL LENDING, INC.**                                           **DEFENDANT**

## ORDER

Before the Court is the joint stipulation for extension of time to move, answer, or otherwise respond to plaintiff's class action complaint for damages, statutory damages, and request for injunctive relief of plaintiff Matthew Perry, individually and on behalf of others similarly situated, and defendant West Capital Lending, Inc. (Dkt. No. 6). For good cause shown, the Court adopts the joint stipulation and grants West Capital Lending, Inc. an extension of time until April 17, 2026, to respond to Perry's complaint (*Id*., ¶ 3).

So ordered this 16th day of March, 2026.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge