**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| MATTHEW PERRY, individually and on behalf of other similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WEST CAPITAL LENDING, INC.,<br><br>　　　　　Defendant. | Case No. 4:26-cv-00094-KGB<br><br>**MOTION FOR LEAVE FOR NONNY ONYEKWELI GEORGE TO APPEAR** *PRO HAC VICE*<br><br>(CIVIL LOCAL RULE 83.5) |

COMES NOW, the undersigned counsel, and upon the annexed Declaration of Nonny Onyekweli George ("Ms. George"), moves this Court for an Order admitting Ms. George *pro hac vice* on behalf of Defendant West Capital Lending, Inc. in the above-entitled action.

Ms. George is a member in good standing of the Bars of the State of New York and the District of Columbia. She is also admitted to practice in the United States District Courts for the Eastern and Southern Districts of New York, as well as the Eleventh Circuit Court of Appeals. Ms. George's address and telephone number are as follows:

**Mitchell Sandler PLLC**
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5267
ngeorge@mitchellsandler.com

Pursuant to Local Rule 83.5(d), Ms. George designates undersigned counsel, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate, and whose address and telephone number are as follows:

**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Tel: (501) 371-0808
aphillips@wlj.com

WHEREFORE, Defendant prays that this Motion is granted, and that Ms. George be granted permission to appear *pro hac vice* on behalf of Defendant in this matter.

Dated: March 24, 2026          Respectfully submitted,

*/s/ Antwan Phillips*
Antwan Phillips
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Tel: (501) 371-0808
Fax: (501) 376-9442
aphillips@wlj.com

V. Amanda Witts (*Pro Hac Vice* forthcoming)
Nonny O. George (*Pro Hac Vice* forthcoming)
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5260
v.awitts@mitchellsandler.com
ngeorge@mitchellsandler.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| MATTHEW PERRY, individually and on behalf of other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WEST CAPITAL LENDING, INC.,<br><br>    Defendant. | Case No. 4:26-cv-00094-KGB<br><br>**DECLARATION OF NONNY ONYEKWELI GEORGE IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*** |

I, Nonny Onyekweli, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a senior associate at Mitchell Sandler PLLC, 2020 K Street NW, Suite 760, Washington, D.C. 20006, which represents Defendant West Capital Lending, Inc. in the above-captioned matter. I submit this declaration in support of the Motion for Leave to Appear *Pro Hac Vice* of Nonny Onyekweli George. I am associated with Antwan Phillips of Wright, Lindsey & Jennings LLP, who is a member of good standing in this Court.

2.      I am an attorney licensed in the State of New York (Bar No. 55807918) and the District of Columbia (Bar No. 90043539). My office address is 2020 K Street NW, Suite 760, Washington, D.C. 20006.

3.      I am in good standing and currently eligible to practice before the United States District Court for the Eastern and Southern Districts of New York (Bar No. 5507918), as well as the Eleventh Circuit Court of Appeals (Bar No. 675241360).

4.      No disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5.    I affirm that I will be subject to and abide by the rules of this Court an also recognize this Court's jurisdiction over me on matters of discipline.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed on March 24, 2026, in Chevy Chase, Maryland.

_____

Nonny Onyekweli George

2