**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

|  |  |
|---|---|
| MATTHEW PERRY, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST CAPITAL LENDING, INC.,<br><br>Defendant. | Case No. 4:26-cv-00094-KGB<br><br>**MOTION FOR LEAVE FOR V. AMANDA WITTS TO APPEAR *PRO HAC VICE***<br><br>(CIVIL LOCAL RULE 83.5) |

COMES NOW, the undersigned counsel, and upon the annexed Declaration of V. Amanda Witts ("Ms. Witts"), moves this Court for an Order admitting Ms. Witts *pro hac vice* on behalf of Defendant West Capital Lending, Inc. in the above-entitled action.

Ms. Witts is a member in good standing of the Bars of the States of New Jersey, Pennsylvania, and the District of Columbia. She is also admitted to practice in the United States District Courts for the District of New Jersey and the Eastern District of Pennsylvania. Ms. Witts' address and telephone number are as follows:

**Mitchell Sandler PLLC**
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5267
v.awitts@mitchellsandler.com

Pursuant to Local Rule 83.5(d), Ms. Witts designates undersigned counsel, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate, and whose address and telephone number are as follows:

**WRIGHT, LINDSEY & JENNINGS LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Tel: (501) 371-0808
aphillips@wlj.com

WHEREFORE, Defendant prays that this Motion is granted, and that Ms. Witts be granted

permission to appear *pro hac vice* on behalf of Defendant in this matter.

Dated: March 24, 2026                    Respectfully submitted,

*/s/ Antwan Phillips*
Antwan Phillips
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Tel: (501) 371-0808
Fax: (501) 376-9442
aphillips@wlj.com

V. Amanda Witts (*Pro Hac Vice* forthcoming)
Nonny O. George (*Pro Hac Vice* forthcoming)
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5260
v.awitts@mitchellsandler.com
ngeorge@mitchellsandler.com

2

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

MATTHEW PERRY, individually and on
behalf of other similarly situated,

Plaintiff,

v.

WEST CAPITAL LENDING, INC.,

Defendant.

Case No. 4:26-cv-00094-KGB

**DECLARATION OF V. AMANDA WITTS
IN SUPPORT OF MOTION FOR LEAVE
TO APPEAR *PRO HAC VICE***

I, V. Amanda Witts, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner at Mitchell Sandler PLLC, 2020 K Street NW, Suite 760, Washington, D.C. 20006, which represents Defendant West Capital Lending, Inc. in the above-captioned matter. I submit this declaration in support of the Motion for Leave to Appear *Pro Hac Vice* of V. Amanda Witts. I am associated with Antwan Phillips of Wright, Lindsey & Jennings LLP, who is a member of good standing in this Court.

2.      I am an attorney licensed in the States of New Jersey (Bar No. 032882010), Pennsylvania (Bar No. 308902), and the District of Columbia (Bar No. 90017717). My office address is 2020 K Street NW, Suite 760, Washington, D.C. 20006.

3.      I am in good standing and currently eligible to practice before the United States District Courts for the District of New Jersey (Bar No. 032882010) and the Eastern District of Pennsylvania (Bar No. 308902).

4.      No disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5.      I affirm that I will be subject to and abide by the rules of this Court an also recognize this Court's jurisdiction over me on matters of discipline.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed on March 24, 2026, in Bala Cynwid, Pennsylvania.

_____
V. Amanda Witts