**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MATTHEW PERRY,
Individually and on behalf
of others similarly situated**                                                    **PLAINTIFF**

**v.**                          **Case No. 4:26-cv-00094-KGB**

**WEST CAPITAL LENDING, INC.**                                          **DEFENDANT**

## ORDER

Before the Court are the motions for leave to appear *pro hac vice* of Nonny Onyekweli George and V. Amanda Witts of the firm of Mitchell Sandler PLLC, as counsel of record for defendant West Capital Lending, Inc. (Dkt. Nos. 8; 9).  The Court grants the motions to admit George and Witts *pro hac vice* pursuant to Local Rule 83.5(d) (*Id.*).  They shall appear as counsel of record for West Capital Lending, Inc.

So ordered this 15th day of April, 2026.

Kristine G. Baker
Chief United States District Judge