AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern  District of  Arkansas

MATTHEW PERRY, individually and on behalf
of other similarly situated

|  |  |
|---|---|
| *Plaintiff*<br>v. | )  Case No.  4:26-cv-00094-KGB |
| WEST CAPITAL LENDING, INC. | )<br>)<br>)<br>) |
| *Defendant* |  |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant West Capital Lending, Inc.

.

Date:  April 16, 2026

_V. Amanda Witts (admitted Pro Hac Vice)_
*Attorney's printed name and bar number*

_2020 K St.NW, Ste. 760, Washington D.C. 20006_
*Address*

_v.awitts@mitchellsandler.com_
*E-mail address*

_(202) 886-5267_
*Telephone number*

_____
*FAX number*