AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern  District of  Arkansas

MATTHEW PERRY, individually and on behalf
of other similarly situated

|  |  |
|---|---|
| *Plaintiff*<br>v. | ) |
|  | ) |
| WEST CAPITAL LENDING, INC. | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

Case No.  4:26-cv-00094-KGB

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant West Capital Lending, Inc.

.

Date:  April 16, 2026

Nonny O. George (admitted Pro Hac Vice)
*Attorney's printed name and bar number*

2020 K St.NW, Ste. 760, Washington D.C. 20006
*Address*

ngeorge@mitchellsandler.com
*E-mail address*

(202) 886-5292
*Telephone number*

*FAX number*