**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| MATTHEW PERRY, individually and on behalf of other similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WEST CAPITAL LENDING, INC.,<br><br>        Defendant. | Case No. 4:26-cv-00094-KGB |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant West Capital Lending, Inc. hereby discloses the following:

Defendant is incorporated in California and has its principal place of business in Irvine, California. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: April 17, 2026

Respectfully submitted,

*/s/ V. Amanda Witts*
V. Amanda Witts (admitted *Pro Hac Vice*)
Nonny O. George (admitted *Pro Hac Vice*)
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5260
v.awitts@mitchellsandler.com
ngeorge@mitchellsandler.com

Antwan Phillips
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Tel: (501) 371-0808
Fax: (501) 376-9442

aphillips@wlj.com

*Attorneys for Defendant West Capital Lending, Inc.*

## **CERTIFICATE OF SERVICE**

On April 17, 2026, I hereby certify that a true and correct copy of the foregoing was duly

served upon the attorney of record for each party through the Court's electronic filing system.


*/s/ V. Amanda Witts*
V. Amanda Witts