**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| MATTHEW PERRY, individually and on behalf of other similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WEST CAPITAL LENDING, INC.,<br><br>　　　　　　Defendant. | Case No. 4:26-cv-00094-KGB |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant West Capital Lending, Inc. ("West Capital"), by and through its undersigned counsel, respectfully moves this Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for an order dismissing the Class Action Complaint (ECF No. 1) filed by Plaintiff Matthew Perry ("Plaintiff") in its entirety with prejudice. Plaintiff's Complaint fails to state a claim under either Count I or Count II and fails to establish Article III standing for injunctive relief. The grounds for dismissal are set forth in full in Defendant's accompanying Brief in Support, filed contemporaneously herewith.

WHEREFORE, West Capital respectfully requests this Court grant this Motion and dismiss Plaintiff's Class Action Complaint in its entirety with prejudice.

Dated: April 17, 2026

Respectfully submitted,

*/s/ V. Amanda Witts*
V. Amanda Witts (admitted *Pro Hac Vice*)
Nonny O. George (admitted *Pro Hac Vice*)
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5260
v.awitts@mitchellsandler.com

1

`

ngeorge@mitchellsandler.com

Antwan Phillips
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Tel: (501) 371-0808
Fax: (501) 376-9442
aphillips@wlj.com

*Attorneys for Defendant West Capital Lending, Inc.*

`

## CERTIFICATE OF SERVICE

On April 17, 2026, I hereby certify that a true and correct copy of the foregoing was duly served upon the attorney of record for each party through the Court's electronic filing system.


*/s/ V. Amanda Witts*
V. Amanda Witts

`