**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| MATTHEW PERRY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST CAPITAL LENDING, INC.,<br><br>Defendant. | Case No. 4:26-cv-00094-KGB<br><br>**DEFENDANT WEST CAPITAL LENDING, INC.'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS** |

Pursuant to Local Rule 7.2 of the United States District Court for the Eastern District of Arkansas, Defendant West Capital Lending, Inc. ("West Capital") respectfully requests leave to file a Reply in support of its Motion to Dismiss and, for grounds, states:

1. On April 17, 2026, West Capital filed its Motion to Dismiss (Doc. No. 14) and Brief in Support (Doc. No. 15) of Plaintiff's Class Action Complaint (Doc. No. 1), arguing that: (A) Plaintiff's Do Not Call claims must be dismissed under Rule 12(b)(6) because the TCPA's Do Not Call provisions apply only to telephone calls—not text messages or ringless voicemails; (B) Plaintiff has not adequately alleged the ringless voicemail utilized a "prerecorded" voice; and (C) Plaintiff's request for injunctive relief must be dismissed under Rule 12(b)(1) for lack of Article III standing.

2. On April 18, 2026, Plaintiff filed an Opposition to the Motion to Dismiss (Doc. No. 16).

3. Plaintiff's Opposition raises several new arguments not addressed in the original briefing, including: (a) that "telephone call" in § 227(c)(5) encompasses text messages—relying on amongst other things, cases interpreting § 227(b) and congressional ratification; and (b) that Plaintiff's prerecorded voice allegations satisfy a lower pleading standard.

4.      West Capital requests leave to file a Reply to address Plaintiff's new arguments. A reply is necessary to ensure the Court has the benefit of full briefing on these issues. West Capital has attached a copy of its proposed Reply to this Motion. *See* West Capital's Reply, attached as Exhibit A.

5.      The filing of the Reply will not delay proceedings in this case, and it will assist the Court in its consideration and determination of the issues raised by Plaintiff's Opposition.

WHEREFORE, Defendant West Capital Lending, Inc. respectfully requests that the Court grant it leave to file a Reply to Plaintiff's Opposition to the Motion to Dismiss, and for all other relief to which it may be entitled.

Dated: April 24, 2026                    Respectfully submitted,

*/s/ V. Amanda Witts*
V. Amanda Witts (admitted *Pro Hac Vice*)
Nonny O. George (admitted *Pro Hac Vice*)
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5260
v.awitts@mitchellsandler.com
ngeorge@mitchellsandler.com

Antwan Phillips
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201
Tel: (501) 371-0808
Fax: (501) 376-9442
aphillips@wlj.com

*Attorneys for Defendant West Capital Lending, Inc.*

## **CERTIFICATE OF SERVICE**

On April 24, 2026, I hereby certify that a true and correct copy of the foregoing was duly served upon the attorney of record for each party through the Court's electronic filing system.

/s/ V. Amanda Witts
V. Amanda Witts