**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MATTHEW PERRY,**
**Individually and on behalf**
**of others similarly situated**                                    **PLAINTIFF**

**v.**                          **Case No. 4:26-cv-00094-KGB**

**WEST CAPITAL LENDING, INC.**                          **DEFENDANT**

## ORDER

Before the Court is defendant West Capital Lending, Inc.'s ("West Capital") motion for leave to file reply in support of its motion to dismiss (Dkt. No. 17). On April 17, 2026, West Capital filed its motion to dismiss (*Id.*, ¶ 1). Plaintiff Matthew Perry, individually and on behalf of others similarly situated, filed an opposition to the motion to dismiss (*Id.*, ¶ 2). According to West Capital, plaintiff's opposition raises several new arguments not addressed in the original briefing (*Id.*, ¶ 3). West Capital seeks leave to file a reply to address the arguments Perry raised in his response (*Id.*, ¶ 4). For good cause shown, the Court grants West Capital's motion (*Id.*). West Capital shall file its reply in support of West Capital's motion to dismiss Perry's class action complaint within 14 days of the date of this Order.

So ordered this 27th day of April, 2026.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge